Pérez, Recurrente, *v.* El Registrador de Caguas, Recurrido.

Recurso gubernativo contra nota del Registrador de la Propiedad de Caguas denegando la inscripción de una consumación de venta.

No. 316.—Resuelto en julio 10, 1917.

Venta con Pacto de Retro — Retroventa — Vencimiento del Término para Retraer—Consumación de la Venta.—Presentada al registro una escritura de compraventa, con pacto de retro, de la que aparece haber transcurrido el plazo concedido al vendedor para retraer, y la petición para que se haga constar la consumación de la venta, sin que conste que la finca fuera redimida, el registrador debe anotar en sus libros tal consumación, pues eso es todo lo necesario para extinguir la cláusula resolutoria.

Los hechos están expresados en la opinión.

El recurrente compareció en nombre propio

El registrador recurrido, Sr. Francisco Socorro, no compareció.

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

El recurrente Celestino Pérez es dueño en la actualidad de una finca denominada "florencio" de la jurisdicción de Caguas que anteriormente perteneció a la sociedad "B. Borrás y Hermanos" por compra que ésta hizo en el año 1877 a las hermanas Polo, sujeta al pacto de retroventa a favor de las vendedoras y de sus sucesores universales o singulares que duraría hasta el 31 de diciembre de 1892, con la condición de que las personas con derecho a retraer adquiriesen también de "B. Borrás y Hermanos" otra finca de setenta y una cuerdas sesenta y cuatro céntimos contigua a aquélla la que les pertenecía por compra hecha en el año 1871 y por la cual debían pagar la cantidad de cuatro mil pesos, de ellos dos mil en mano y el resto en dos plazos iguales a uno y dos años contados desde el día en que se ejercitase la acción de retro. Por la cláusula 16ª. del contrato se comprometieron los Sres. "B. Borrás y Hermanos" en cuanto a la finca "Florencio" a imponer al comprador, en caso de venta, la obligación a que ellos

estaban sujetos en el caso de ejercitarse el derecho de retraer la finca.

Habiendo solicitado el actual dueño de la finca "Florencio" que el Registrador de la Propiedad de Caguas hiciese constar en sus libros la falta de cumplimiento de la expresada condición resolutoria de la venta se negó dicho funcionario a esa petición exponiendo como motivos que no se ha acreditado que los señores B. Borrás y Hermanos fueran realmente dueños del predio de setenta y una cuerdas sesenta y cuatro céntimos en la fecha en que adquirieron el fundo "Florencio," ni que lo fuera al cumplirse el plazo fijado para la redención, o en caso de haberse vendido con anterioridad al treinta y uno de diciembre de 1892, que se haya cumplido con lo estipulado en la cláusula décimasexta y que tampoco se ha justificado con documentos fehacientes la negativa de las hermanas Polo o de sus sucesores universales o singulares a adquirir la finca de setenta y una cuerdas sesenta y cuatro céntimos, ni acreditado la falta de pago del indicado precio aplazado.

Habiendo presentado el recurrente en el registro de la propiedad la escritura de compra de la finca "Florencio" por "B. Borrás y Hermanos" de la que aparece que ha transcurrido el plazo concedido a sus vendedores para retraer y la petición de que se hiciera constar la consumación de la venta, sin que conste en el registro que la finca fué redimida, debió el registrador anotar en sus libros la consumación de tal venta pues esto es todo lo necesario para extinguir la cláusula resolutoria. Resolución de la Dirección General de los Registros de España de mayo 18, 1865. No era necesario, por tanto, acreditar, como exige el registrador recurrido, que los Sres. B. Borrás y Hermanos fueran realmente dueños de la finca de setenta y una cuerdas sesenta y cuatro céntimos, cuya compra por los que tenían derecho a retraer era una condición para que pudieran ejercitar ese derecho, aparte de que las partes contratantes aceptaban tal hecho; ni que fuera dueño de la misma al cumplirse el plazo fijado para la redención; ni que si vendió la finca sujeta a la retroventa hubiera hecho sa-

ber al comprador, de acuerdo con la cláusula 16ª. del contrato, que estaba pendiente de la condición resolutoria de retroventa, hecho que indudablemente tenía que aparecer del registro; ni tampoco tenía el recurrente que justificar con documento fehaciente la negativa de las hermanas Polo o de sus sucesores a adquirir la finca de setenta y una cuerdas sesenta y cuatro centavos, ni tampoco tenía que acreditar la falta de pago del precio aplazado de la compra de dicha finca.

La nota recurrida debe ser revocada.

> *Revocada la nota recurrida y ordenada la inscripción solicitada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.